IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:10cr425 |
| | ) |
| ALEJANDRO ALQUINTA | ) |
| | ) |
| Defendant | ) |

O R D E R

THIS CAUSE came to be heard upon the motion of the defendant Alejandro Alquinta, and

IT APPEARING that the relief sought is just and proper; it is hereby

ORDERED that Alejandro Alquinta be permitted to travel to North Carolina over the holidays to visit relatives. Further travel will be permitted only with approval of the probation office and the court.

Alexandria, Virginia
December 21, 2010

/s/
Liam O'Grady
United States District Judge