Date: 03-04-11  **SENTENCING**  Judge: O'GRADY
Time: 9:35 To 9:55  Reporter: N. Linnell
Interpreter: _____
Language: _____

UNITED STATES of AMERICA

Case Number: 1:10CR00425-001

V.

ALEJANDRO ALQUINTA
Counsel/Govt: Uzo Asonye/Charles Connolly    Counsel/Dft: Jonathan Simms/David Dischley
Court adopts PSI (X) with exceptions: The court departed below the guidelines pursuant to Govt's Motion for Downward Departure (5K1.1).

---

**SENTENCING GUIDELINES:**                           Court departs from Guidelines pursuant
Offense Level: 20                                     to:
Criminal History: I                                   ___ USSG 5H1.3 and 5H1.4
Imprisonment Range: 33-41 months                      ___ USSG 5K1.1
Supervised Release Range: 2 to 3 years                ___ USSG 5K2.12
Fine Range: $ 7,500.00 to $1,208,310.00               ___ USSG 5C1.2
Restitution $ 604,155.00                              ___ Other:_____
Special Assessment $ 100      ( ) Satisfied     ( ) Unsatisfied, due immediately

**JUDGMENT OF THE COURT:**
BOP for      12 Month PLUS One (1) Day
Supervised Release for 3 years with special conditions: (x)Yes ( ) No
Supervised Probation for _____ Years, with special conditions: ( ) Yes ( ) No
Fine Imposed of $ _____ due immediately/ monthly installments of $_____ to begin w/in
_____ days of release from custody/imposition of sentence
( X )  Fine/costs of incarceration waived

**SPECIAL CONDITIONS:**
____ Dft. shall obtain and maintain verifiable and legitimate employment, as directed by the probation officer.
____ If dft. is not deported, he shall remain drug free, submit to In/Out patient testing as directed.
____ Dft. shall perform _____ of community service during the period of supervision as directed by the probation officer.
____ No new credit
  X  Access to all financial records.
____ Dft. shall be evaluated by a mental health treatment provider approved by the probation officer to determine if the dft is in need of mental health treatment with partial costs to be paid by the dft, as directed by the probation officer. Dft shall waive all rights of confidentiality.
  X  Pay restitution of $604,155.00 in monthly installments to be determined by the probation officer to begin 60 days upon release from custody.
  X  Drug testing waived
____ Home Confinement Program with electronic monitoring at defendant's expense, for a period of _____ months as directed by the probation officer. During this time he will remain at his place of residence except for employment and other activities approved in advance by the probation officer.
____ Dft. must fully cooperate w/Bureau of Immigration and Customs Enforcement and, if deported, remain outside the United States.
* Restitution Judgment ent. & filed in open court.
** Consent Order of Forfeiture ent. & filed in open court.

**RECOMMENDATIONS to BOP:**
  X  Dft. to be designated to: a facility in the Northern Virginia area to be near family
____ Dft. to participate in 500 hrs Intensive Drug Treatment Program

**Defendant shall surrender AFTER JUNE 1, 2011, as directed by the probation officer once designated by BOP.**