FILED
IN OPEN COURT

MAR - 4 2011

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:10CR00425-01 |
| ) | |
| ALEJANDRO ALQUINTA ) | |
| ) | |
| Defendant. ) | |

### RESTITUTION JUDGMENT

1. The defendant is sentenced to pay restitution in the amount of $604,155.00, jointly and severally with any co-defendants who are ordered to pay restitution for the same loss.[1]

2. The amount of restitution paid to a victim shall not exceed the victim's total loss from the offense of conviction.

3. The victim's name, address, and the victim's total loss amount is listed in Attachment A to this Restitution Judgment.

4. Interest:

    __X__ is waived.

    _____ accrues as provided in 18 U.S.C. § 3612(f).

5. Restitution is due immediately, and notwithstanding any other provision of this Restitution Judgment, the Government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prison's Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. The defendant shall pay to the Clerk at least $_____ per month beginning _to be determined by the probation officer to begin 60 days after release from confinement._

---

[1] There are no presently known co-defendants, but the investigation is ongoing.

United States of America v. Alejandro Alquinta, No. 1:10cr00425-01
Restitution Judgment, page 2

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, VA 22314.

9. The defendant shall notify, within 30 days, the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, VA 23510 of: (a) Any change of name, residence, or mailing address; and (b) Any material change in economic circumstances that affects the ability to pay restitution.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

/s/
Liam O'Grady
United States District Judge

LIAM O'GRADY
UNITED STATES DISTRICT JUDGE

ENTERED this 4th day of March, 2011.

at Alexandria, Virginia

WE ASK FOR THIS:

Neil H. MacBride
United States Attorney

Uzo Asonye
Counsel for the United States
Assistant United States Attorney
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314-5794
Phone: 703-299-3964
Fax: 703-299-3981
Email: Uzo.Asonye@usdoj.gov

SEEN AND AGREED:

Alejandro Alquinta
Defendant

Jonathan Simms
Counsel for Defendant
11325 Random Hills Road, Suite 360
Fairfax, VA 22030
Phone: 202-528-7064
Fax: 703-225-3333
Email: jsimms_esq@yahoo.com

Alejandro Alquinta
Defendant

United States of America v. Alejandro Alquinta, No. 1:10cr00425-01
Restitution Judgment, page 3

## ATTACHMENT A TO RESTITUTION JUDGMENT

|  | Alejandro Alquinta | Total Due to Victim: |
|---|---|---|
| SunTrust Mortgage<br>Attn: Debbie Liguori ALX-6104<br>4020 University Drive<br>Fairfax, VA 22030 | $604,155.00 | $604,155.00 |
| Total Due from Defendant: | $604,155.00 | $604,155.00 |