

FILED IN OPEN COURT

MAR - 4 2011

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:10CR425 |
| | ) | |
| ALEJANDRO ALQUINTA, | ) | |
| | ) | |
| Defendant. | ) | |

### CONSENT ORDER OF FORFEITURE

WHEREAS, December 3, 2010, the defendant pled guilty to a one-count criminal information charging the defendant with conspiracy to commit wire fraud in violation of Title 18, United Sates Code, Section 1349, and pursuant to the defendant's plea, the defendant agreed to forfeit all of the defendant's interests in the property that is the subject of this order of forfeiture, and to the entry of an order of forfeiture concerning such property;

AND WHEREAS, the defendant agrees to waive the provisions of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2 (b)(4) and 43(a) with respect to discussion of forfeiture at the plea colloquy, notice of forfeiture in the charging instrument, and announcement of the forfeiture at sentencing and incorporation of the forfeiture in the judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The United States shall have a money judgment against the defendant, pursuant to Fed. R. Crim. P. 32.2(b) and 18 U.S.C. § 982(a)(2)(A), of $486,305.00, which represents the proceeds of the offense to which the defendant pled guilty.

U.S. v. Alquinta, 1:10CR425
Consent Order of Forfeiture
Page 2

    2. This consent order is final as to the defendant, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A).

    3. Because the forfeiture consists of a money judgment, pursuant to Fed. R. Crim. P. 32.2(c)(1), no ancillary proceeding is required.

    4. The United States may move at any time, pursuant to Fed. R. Crim. P. 32.2(e), to amend this Consent Order of Forfeiture to forfeit substitute property to satisfy the money judgment in whole or part.

Date: 3/4/11
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge

Liam O'Grady
United States District Judge

WE ASK FOR THIS:

Neil H. MacBride
United States Attorney

By: _____
Uzo Asonye
Assistant United States Attorney

_____
ALEJANDRO ALQUINTA
Defendant

_____
Jonathan Simms, Esq.
Counsel for Defendant Alquinta